UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR418-238 |
| | ) | |
| MICHAEL MCLEMORE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R) that defendant be found competent to stand trial, to which no objections have been filed. Accordingly, the R&R is **ADOPTED**.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of March, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA