UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 SEP 13 PM 3:39
CLERK M. Akins
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case Number 4:18-cr-238 |
| v. ) | |
| ) | |
| MICHAEL MCLEMORE ) | |

## ORDER TO DISMISS INDICTMENT

Leave of court is granted for the filing of the foregoing dismissal of Michael McLemore, with prejudice, from Indictment in Case Number 4:18-cr-238.

So ORDERED, this 13th day of September, 2019.

_____
HONORABLE J. RANDAL HALL
U.S. DISTRICT COURT CHIEF JUDGE
SOUTHERN DISTRICT OF GEORGIA